# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELLE BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO:  02–0453** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | **SECTION: "A" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Michelle Brown's Supplemental Security Income Benefits and Disability Insurance Benefits be **REVERSED** and **REMANDED** for consideration of all the evidence of record.  The ALJ shall consider all of the limitations including the presence of moderate deficiency in concentration, persistence and pace and any side effects caused by her medication.  To the extent necessary for a determination of her residual functional capacity, the ALJ shall submit all evidence of limitations supported by the record to the vocational expert for consideration.

New Orleans, Louisiana, this 21st day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE